**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

Jhon Alexander Cordoba Cordoba,

      Petitioner

v.

Brian Henkey, et al.,

      Respondents

Case No.: 2:26-cv-00632-JAD-EJY

**Order Directing Counsel to File Notice of Continuing Representation or Withdrawal and Directing Supplemental Briefing**

Petitioner John Alexander Cordoba Cordoba filed a counseled habeas petition seeking his release from immigration custody or a bond hearing in March 2026.[1]  That petition is fully briefed.  But in June of this year, Cordoba filed two pro se petitions in new cases.[2]  In both new cases, the Federal Public Defender (FPD) was appointed as counsel and petitioner was ordered to show cause why the cases shouldn't be dismissed as duplicative of this case.[3]  In one of the cases, the petitioner submitted a letter explaining that his attorney in this case, Casey Parsons, "no longer represents [him]."[4]  And the FPD filed notices of voluntary dismissal in both cases, explaining that petitioner's "retained immigration counsel intends to file a supplemental petition addressing [p]etitioner's claims" in this action.[5]  If Parsons doesn't file that supplemental petition, petitioner requests that the FPD "be appointed in that case for the purpose of filing a

---

[1] ECF No. 1.

[2] *Cordoba Cordoba v. Blanche*, 2:26-cv-01855-APG-MDC; *Cordoba Cordoba*, 2:26-cv-01878-JAD-DJA.

[3] ECF No. 5 in *Cordoba Cordoba v. Blanche*, 2:26-cv-01855-APG-MDC; ECF No. 3 in *Cordoba Cordoba*, 2:26-cv-01878-JAD-DJA.

[4] ECF No. 8 in *Cordoba Cordoba v. Blanche*, 2:26-cv-01855-APG-MDC.

[5] ECF No. 9 in *Cordoba Cordoba v. Blanche*, 2:26-cv-01855-APG-MDC; ECF No. 7 in *Cordoba Cordoba*, 2:26-cv-01878-JAD-DJA.

supplemental petition addressing the constitutional adequacy of [p]etitioner's May 29, 2026, immigration bond hearing[.]"[6]

Because it is unclear whether counsel of record Casey Parsons still represents the petitioner in this case, and it appears that the petitioner's recent immigration proceedings may affect his pending habeas claims,

IT IS HEREBY ORDERED that **Casey Parsons and Stephen Alexander Spelman must file a notice of continued representation, signed by John Alexander Cordoba Cordoba, or a notice of withdrawal, by July 24, 2026.** If counsel files a notice of withdrawal, **the FPD may file a motion on behalf of petitioner to have the FPD appointed as counsel by July 31, 2026.**

IT IS FURTHER ORDERED that counsel for petitioner, whether that be Parsons and Spelman or the FPD, **must file a supplement updating the court on the status of the petitioner's immigration proceedings by August 7, 2026.** That supplement may take the form of an amended petition if the petitioner's claims have changed since he filed his original petition.

IT IS FURTHER ORDERED that the Clerk of Court is directed to SEND a copy of this order to the FPD at ecf_nvchu@fd.org, and to petitioner at:

Jhon Alexander Cordoba Cordoba, #226160295
Nevada Southern Detention Center
2190 E. Mesquite Ave.
Pahrump, NV 89060

_____
U.S. District Judge Jennifer A. Dorsey
July 17, 2026

---

[6] *Id.*

2